1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stephen M. Fishback (State Bar No. 191646)
Daniel L. Keller (State Bar No. 191738)
Allison J. Fairchild (State Bar No. 170095)
**KELLER, FISHBACK & JACKSON LLP**
18425 Burbank Blvd., Suite 610
Tarzana, California 91356
Telephone:  818.342.7442
Facsimile:   818.342.7616

Attorneys for Plaintiffs

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FRED GODBOLT, JR;

Plaintiff,

vs.

A.W. CHESTERTON COMPANY;

Defendants.

Case No.  **2:09-cv-08261-R-VBKx**

**ORDER DISMISSING GENERAL ELECTRIC COMPANY WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**

Judge:  Hon. Florence-Marie Cooper
Courtroom: 750

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, Plaintiffs and General Electric Company do and hereby stipulate that General Electric Company should be dismissed from this action with prejudice pursuant to FRCP 41(a)(2), the parties will bear their own costs.  Plaintiffs and removing party, General Electric Company consent to and request the immediate remand of this action to Superior Court of California, City and County of Los Angeles under these terms.

Accordingly, Plaintiffs and General Electric Company petition this Court for an order dismissing General Electric Company with prejudice with the parties bearing their own costs, and remanding this case to Superior Court of California, City and County of Los Angeles pursuant to this stipulation.

**IT IS SO ORDERED.**

Dated: 11-30-09

_____
FLORENCE-MARIE COOPER
Judge of the United States District Court
For MANUEL L. REAL
Judge of the United States District Court